USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, *for himself and on behalf of all other persons similarly situated*,

          Plaintiff,

v.

JENNIFER MANKINS INC.,

          Defendant.

20-CV-33 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than January 22, 2020, Plaintiff shall file a letter updating the Court as to the status of this case, including whether Defendant has been served yet.

SO ORDERED.

Dated:    January 21, 2020
           New York, New York

Ronnie Abrams
United States District Judge