USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ, *for himself and on behalf of all other persons similarly situated*,

                Plaintiff,

v.

JENNIFER MANKINS INC.,

                Defendant.

20-CV-33 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed this action on January 3, 2020 and an affidavit of service on January 30, 2020. Dkt. 1, 9. To date, however, Defendant has not appeared nor responded to the complaint.

Accordingly, if Plaintiff intends to move for a default judgment against Defendant, it shall do so no later than April 30, 2020 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:    March 18, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge